1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

RICHARD JOHNSON,

              Plaintiff,

      v.

CASA LUPE, et al.,

              Defendants.

Case No.  19-cv-05371-BLF

**ORDER VACATING ALL DATES AND DEADLINES IN LIGHT OF SETTLEMENT; AND DIRECTING PLAINTIFF TO FILE DISMISSAL OR STATUS REPORT RE SETTLEMENT ON OR BEFORE SEPTEMBER 28, 2020**

[Re:  ECF 24]

On July 27, 2020, a Certification of ADR Session was docketed, informing the Court that this case settled during mediation.  Accordingly, the Court VACATES all dates and deadlines and ORDERS Plaintiff to file a dismissal or status report re settlement on or before September 28, 2020.

      **IT IS SO ORDERED.**

Dated: July 28, 2020

_____
BETH LABSON FREEMAN
United States District Judge