KHUSHPREET R. MEHTON SBN 276827
**ACCESSIBLE CALIFORNIA, APC**
2880 Zanker Rd., Ste. 203
San Jose, CA 95134
Telephone:   (408) 449-4505
Facsimile:     (408) 432-7235
kmehton@accessiblecalifornia.com

Attorney for Plaintiff Richard Johnson

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOHNSON,<br><br>     Plaintiff,<br><br> v.<br><br>CASA LUPE, et al.,<br><br>     Defendants. | Case No.: 5:19-cv-05371-BLF<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(ii)** |

   Plaintiff, Richard Johnson ("Plaintiff"), and Defendant Casa Lupe Los Altos, LLC (sued as "Casa Lupe") ("Defendant") (Plaintiff and Defendant collectively hereinafter "the Parties") have reached a global settlement of this matter, IT IS HEREBY STIPULATED by and between the Parties to this action through their counsel that this action may be dismissed in its entirety with prejudice as to all named Defendants pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

The Parties agree that they shall each bear their own attorney's fees and costs.

Dated: September 28, 2020        ACCESSIBLE CALIFORNIA, APC

By: */s/ Khushpreet R. Mehton*
Khushpreet R. Mehton, Esq.
Attorney for Plaintiff Richard Johnson

Dated: September 28, 2020        ALVARENGA LAW

*/s/      Dania M. Baker*
Dania Marie Baker, Esq.
Attorney for Defendant Casa Lupe Los Altos, LLC, sued as "Casa Lupe"

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Dania M. Baker and that I have obtained her authorization to affix her electronic signature to this document.

Dated:  September 28, 2020        ACCESSIBLE CALIFORNIA, APC

By: */s/ Khushpreet R. Mehton*
Khushpreet R. Mehton, Esq.
Attorney for Plaintiff Richard Johnson