# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

RICHARD JOHNSON,

    Plaintiff,

v.

CASA LUPE, et al.,

    Defendants.

Case No. 5:19-cv-05371-BLF

**ORDER** [PROPOSED]

The Court hereby vacates all currently set dates and dismisses this matter with prejudice, in its entirety.

**IT IS SO ORDERED.**

Dated: September 29, 2020

_____
BETH L. FREEMAN
United States District Judge